Olga Zufelt, appellee, v. A. M. Andrews Investment Corporation et al., appellants. Gen. No. 29,017.

Action to recover damages for fraud and deceit in the sale of stock. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 11, 1925. Rehearing denied February 25, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Louis J. Behan and William J. Corrigan, for appellants. Carpenter, Barnhardt & Reynolds, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Ethel Franklin, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 29,033.

Suit to recover amount due under two policies of insurance issued by the defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed February 11, 1925.

Hoyne, O'Connor & Rubinkam, for appellant. No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Edward Bernds and Will J. Bell, trustee, appellees, v. Nathan K. Aranoff, appellant. Gen. No. 29,042.

Bill to foreclose trust deed. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Decree modified and affirmed. Opinion filed February 11, 1925.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Jeffery, Campbell & Clark, for appellees; Stephen A. Cross, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Joe Cameron, appellee, v. Indemnity Company of America, appellant. Gen. No. 29,063.

Assumpsit on automobile theft insurance policy. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 11, 1925.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Claude D. Raber, of counsel. Kremer, Branand & Hamer, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.